**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie M. Riley<br>Bradley A. Riley | BK NO. 20-01732 HWV |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
16 Jul 2021, 12:16:17, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322