United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bradley A. Riley  
Stephaine M. Riley  
    Debtors

Case No. 20-01732-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Apr 13, 2022      Form ID: ordsmiss      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Bradley A. Riley, Stephaine M. Riley, 91 Heritage Drive, Hanover, PA 17331-9616 |
| 5332844 | + | ARS, 1643 NW 136th Ave, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 5332845 | + | Branch Banking and Trust Company, c/o McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5332846 | + | Bureau of Account Management, 3607 Rosemont Ave., Camp Hill, PA 17011-6904 |
| 5332848 | + | Capital One Bank USA, NA, c/o Hayt Hayt & Landau, LLC, 123 S. Broad St., Suite 1660, Philadelphia, PA 19109-1003 |
| 5332849 | + | Cole Family Dentistry, 335 Broadway, Hanover, PA 17331-2505 |
| 5332851 | + | Credit Corp Solutions, Inc., c/o Pantenaude & Felix APC, 501 Corporate Dr. Ste #205, Canonsburg, PA 15317-8584 |
| 5332853 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 5332860 | + | MSHMC Physicians Group, 500 University Drive, Hershey, PA 17033-2360 |
| 5332858 | + | Midland Funding c/o Hayt Hayt & Lan, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 5332863 | | Penn State Hershey Medical Center, PO Box 854, Hershey, PA 17033-0854 |
| 5332865 | + | Republic Bank/Build, Po Box 9203, Old Bethpage, NY 11804-9003 |
| 5332866 | + | Ruth Neiderer - Tax Collector, 2412 Baltimore Pike, Suite 200, Hanover, PA 17331-9612 |
| 5332868 | ++++ | SPECIALIZED LOAN SERVICING, PO BOX 266005, LITTLETON CO 80163-6005 address filed with court:, Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163 |
| 5335866 | + | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5381823 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5381824 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 5378706 | + | Specialized Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5332872 | + | The Bank of Missouri - Total Visa, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 5332873 | + | Veriizon Wireless Bankruptcy Admin., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Apr 13 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5336628 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 13 2022 18:36:00 | Nelnet obo Ascendium Education Solutions, Ascendium Education Solutions, PO Box 8961, Madison WI 53708-8961 |
| 5332847 | | EDI: CAPITALONE.COM | Apr 13 2022 22:38:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5332850 | + | EDI: COMCASTCBLCENT | Apr 13 2022 22:38:00 | Comcast Cable, One Comcast Center, Philadelphia, PA 19103-2899 |
| 5332852 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2022 18:39:07 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5332854 | + | EDI: BLUESTEM | Apr 13 2022 22:38:00 | Fingerhut Direct Marketing, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5332855 | | EDI: AMINFOFP.COM | Apr 13 2022 22:38:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 5332856 | | EDI: IIC9.COM | Apr 13 2022 22:38:00 | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5332857 | | EDI: JEFFERSONCAP.COM | Apr 13 2022 22:38:00 | Jefferson Capital Systems, 16 Mclealand Road, Saint Cloud, MN 56303 |
| 5336885 | | EDI: JEFFERSONCAP.COM | Apr 13 2022 22:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5338371 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2022 18:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 5332859 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2022 18:37:00 | Midland Funding, LLC, 320 East Big Beaver Rd., #300, Troy, MI 48083-1271 |
| 5338965 | + | EDI: CBS7AVE | Apr 13 2022 22:38:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5332861 | + | Email/Text: Bankruptcies@nragroup.com | Apr 13 2022 18:37:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5332862 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 13 2022 18:37:00 | Net Loan Service, PO Box 82561, Lincoln, NE 68501-2561 |
| 5332864 | | EDI: PRA.COM | Apr 13 2022 22:38:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5336110 | | EDI: PRA.COM | Apr 13 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5338431 | + | EDI: JEFFERSONCAP.COM | Apr 13 2022 22:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5332869 | | EDI: AISSPRINT | Apr 13 2022 22:38:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 5345929 | | EDI: AISSPRINT | Apr 13 2022 22:38:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5332867 | + | Email/Text: bankruptcy@sw-credit.com | Apr 13 2022 18:37:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5338966 | + | EDI: CBSMASON | Apr 13 2022 22:38:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5332870 | + | EDI: CBS7AVE | Apr 13 2022 22:38:00 | Swiss Colony / Montgomery Ward, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 5333122 | + | EDI: RMSC.COM | Apr 13 2022 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5344099 | + | EDI: LCIFULLSRV | Apr 13 2022 22:38:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5332871 | + | Email/Text: Bankruptcy@TekCollect.com | Apr 13 2022 18:37:00 | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5390160 | | US Bank Trust National Association, Not In, Its Individual Capacity But Solely As, Owner Trustee For VRMTG Asset Trust |

| | | |
|---|---|---|
| 5390161 | | US Bank Trust National Association, Not In, Its Individual Capacity But Solely As, Owner Trustee For VRMTG Asset Trust, US Bank Trust National Association, Not, Its Individual Capacity But Solely As, Owner Trustee For VRMTG Asset Trust |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 5350190 | *+ | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas R Roeder | on behalf of Debtor 1 Bradley A. Riley droeder1@comcast.net |
| Douglas R Roeder | on behalf of Debtor 2 Stephaine M. Riley droeder1@comcast.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bradley A. Riley,  
**Debtor 1**

Stephaine M. Riley,  
**Debtor 2**

Chapter 13

Case No. 1:20−bk−01732−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 13, 2022

ordsmiss (05/18)